**Dismiss and Opinion Filed September 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00581-CV**

**DONNY ANDERSON, Appellant**
**V.**
**KRISTEN PEUS AND CRAIG PEUS, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17088**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Nowell

On July 24, 2023, we sent a letter to the parties questioning our jurisdiction and requesting jurisdictional briefing by August 3, 2023. We expressly cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. To date, appellant has not filed the requested letter brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 42.3(b), (c).


230581f.p05

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DONNY ANDERSON, Appellant

No. 05-23-00581-CV        V.

KRISTEN PEUS AND CRAIG
PEUS, Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-17088.
Opinion delivered by Justice Nowell.
Justices Goldstein and Breedlove
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 28th day of September, 2023.